# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| GRADY BRYAN, III and KRISTI BRYAN, | : : : : |
| Plaintiffs, | : : |
| v. | : CASE NO.: 7:20-CV-00253 (WLS) : |
| DAVID SWISHER, *et al.*, | : : |
| Defendants. | : |

## ORDER

Before the Court is a "Stipulation of Dismissal as to Defendant American Lightning Signalization, LLC," filed on November 19, 2021 by the Plaintiffs in this case. (Doc. 28.) Upon consideration thereof and for good cause shown, **IT IS HEREBY ORDERED** that the Plaintiffs' Stipulation to Dismiss Defendant American Lightning Signalization, LLC without Prejudice is **ACCEPTED** and **GRANTED**. The Court orders that all claims pending against American Lightning Signalization, LLC shall be dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**SO ORDERED**, this 22nd day of November 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1