IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GRADY BRYAN, III and KRISTI BRYAN, | : : : |
| Plaintiffs, | : : |
| v. | : CASE NO.: 7:20-CV-00253 (WLS) |
| DAVID SWISHER, *et al.*, | : : : |
| Defendants. | : |

**ORDER**

Before the Court is the Parties' Joint Notice of Compromise (Doc. 72), filed on January 17, 2024. Therein, the Parties state that they intend to submit a joint stipulation of dismissal in the next thirty (30) to forty-five (45) days and request the Court to remove the Parties from the upcoming proceedings.[1] (*Id.*)

Upon review of the Notice (Doc. 72), the Parties are **hereby ORDERED** to file—**no later than forty-five (45) days** after entry of this Order—either a joint stipulation of dismissal or a motion to extend, providing reasons as to why additional time is necessary.

**SO ORDERED**, this 19th day of January 2024.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that when the Court previously granted the Parties' Joint Motion to Continue (Doc. 70), the Court stayed the case and all unexpired deadlines until March 19, 2024. (Doc. 71) There are no immediate upcoming proceedings except that the case has been continued to the next Valdosta trial term, which will commence on May 6, 2024.