# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| GRADY BRYAN, III and KRISTI BRYAN, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00253 (WLS) |
| | : | |
| DAVID SWISHER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Previously, on January 19, 2024, the Court entered an Order (Doc. 73) on the Parties' Joint Notice of Compromise (Doc. 72), wherein the Parties stated that they intend to submit a joint stipulation of dismissal of the above-styled case within forty-five (45) days. The Court acknowledged the Joint Notice and instructed the Parties to file, no later than forty-five (45) days after entry of the Order (Doc. 73) or Monday, March 4, 2024, either a joint stipulation of dismissal or a motion to extend, if additional time is necessary. As of Wednesday, March 6, 2024, the Parties have not filed a joint stipulation of dismissal or a motion to extend.

Accordingly, the Parties have until **Friday, March 8, 2024**, to file either a joint stipulation of dismissal or a motion to extend, explaining why further extension is necessary. Otherwise, the Court shall notice the instant case for the next Valdosta trial term, which shall commence on May 6, 2024.

**SO ORDERED**, this 6th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**